___



**SO ORDERED,**

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: May 14, 2018

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| **In re:** | ) | | |
| | ) | | |
| **Rx PRO PHARMACY &** | ) | **Case No.:** | **16-00294-NPO** |
| **COMPOUNDING, INC.,** | ) | | |
| | ) | | |
| Debtor. | ) | **Chapter:** | **7** |
| _____ | ) | _____ | |
| | ) | | |
| **OPUS MANAGEMENT GROUP, LLC** | ) | | |
| **in its Capacity as Disbursing Agent for** | ) | | |
| **Rx PRO PHARMACY &** | ) | | |
| **COMPOUNDING, INC.** | ) | | |
| | ) | | |
| **v.** | ) | **A.P. No.:** | **17-00078-NPO** |
| | ) | | |
| **MITCHELL CHAD BARRETT** | ) | | |

___

### ORDER GRANTING MOTION TO SUBSTITUTE TRUSTEE
### AS REAL PARTY IN INTEREST (DKT. #19)
___

THIS CAUSE is before the Court on the Motion of Stephen Smith, Chapter 7 trustee for the bankruptcy estate of Rx Pro Pharmacy & Compounding, Inc. ("Trustee"), pursuant to 11 U.S.C. § 323 and Federal Rules of Bankruptcy Procedure 6009, to substitute the Trustee as the real party in interest in this case. The Court having considered the motion enters the following Order:

IT IS THEREFORE ORDERED THAT, the Trustee is the real party in interest in this case and is substituted in place of Opus Management Group, LLC in its Capacity as Disbursing Agent for Rx Pro Pharmacy & Compounding.

##END OF ORDER##

Submitted by:

Jim F. Spencer, Jr., (MSB #7736)
Watkins & Eager PLLC
PO Box 650
Jackson, MS 39205
(601) 965-1900 (O)
(601) 965-1901 (F)
jspencer@watkinseager.com

Attorney for the Trustee